MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE STANDING TRUSTEE
22320 FOOTHILL BLVD. STE 150
Telephone: (510) 266-5580
Fax: (510) 2665589

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROBERT DAVID HILL | Case No. 11-40404 CN 13 |
| Debtor(s) | CHAPTER 13 **NOTICE OF UNCLAIMED DIVIDENDS** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1,717.95 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amt |
|---|---|---|---|
| 11-40404 CN13 | ROBERT DAVID HILL<br>5285 OLIVE DR.<br>CONCORD, CA 94521 | $ DEBTOR | $ 1,717.95 |
| | Total Unclaimed Dividends<br>Dated: August 13, 2015 | | $ 1,717.95 |

_____
/s/ Martha G. Bronitsky, Chapter 13 Trustee